ORIGINAL

FLORENCE T. NAKAKUNI         #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.       #3740
Chief, Fraud and Financial Crimes Section

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 19 2013
at 4 o'clock and 35 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR13 01074 SOM |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 18 U.S.C. §§ 208 and |
| ) | 1001 |
| WILLIAM KEITH NESMITH, ) | [Acts Affecting A |
| ) | Personal Financial |
| Defendant. ) | Interest, Making Or Using |
| ) | A False Document] |

INDICTMENT

Count 1

[Acts Affecting A Personal Financial Interest]

The Grand Jury charges that:

From in or about February of 2008 to and including January of 2010, in the District of Hawaii, Defendant, WILLIAM KEITH NESMITH, being an officer and employee of the executive

branch of the United States Government, namely Port Operations Program Manager, for the United States Navy, working for Commander Navy Region Hawaii, knowingly and willfully participated personally and substantially as a Government officer and employee, through decision, approval, recommendation, the rendering of advice, and otherwise, in an application, contract, and other particular matter, to wit: contract number N65540-09-C-0030 issued by the Naval Surface Warfare Center, of the United States Navy, with contractor Armstrong Marine Inc. for the production, delivery, and installation, at Pearl Harbor Hawaii, of Oil Boom Guide Quick Release/Install Apparatus, in which Defendant and Defendant's spouse, K.N., had a financial interest.

All in violation of Title 18 United States Code § 208(a) and 216(a)(2)

### Count 2

[Acts Affecting A Personal Financial Interest]

The Grand Jury further charges:

From in or about February 2008 to and including February 2012, in the District of Hawaii, Defendant, WILLIAM KEITH NESMITH, being an officer and employee of the executive branch of the United States Government, namely Port Operations Program Manager, for the United States Navy, working for Commander Navy Region Hawaii, knowingly and willfully

and substantially as a Government officer and employee, through decision, approval, recommendation, the rendering of advice, and otherwise, in an application, contract, and other particular matter, to wit: contract number N62742-04-D-1302 issued by the Naval Facilities and Engineering Command, Hawaii, of the United States Navy, with contractor Hawaiian Dredging Construction Company Inc., for the production, delivery and installation, at Pearl Harbor Hawaii, of Oil Boom Guide Quick Release/Install Apparatus, in which Defendant and Defendant's spouse, K.N., had a financial interest.

All in violation of Title 18 United States Code § 208(a) and 216(a)(2)

## Count 3

[Making Or Using A False Document]

The Grand Jury further charges:

On or about April 20, 2010, defendant WILLIAM KEITH NESMITH, within the District of Hawaii, did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department and agency of the United States, namely the Department of the Navy, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry.

William Keith Nesmith submitted a Record and Disclosure of Invention ONRINST 5870.1C, in which he stated: Within Section 3, "In March of 2006 at home my wife and I built a proto-type, oil boom, and test platform (pier) in my back yard to simulate a pier with square concrete piles inside a swimming pool to simulate the ocean environment (sea state and tidal change). I created different sea states and tidal changes to monitor and evaluate how the Quick Install/Release Apparatus proto-type reacted and performed." Within Section 7, "I presented my final design to NAVSEA around Feb. 2007 and asked if they were interested in fling a patent. I was told by Lou DiStefano (NAVSEA) that he had talked with NAVSEA legal and contracting personnel and they did not want or were interested in filing a patent on the Oil Boom Quick Release/Install Apparatus. I asked if there were any issues or problem with me filing a patent. I was told no." and a Patent Rights Questionnaire NAVONR 5870/3 in which he stated: at Section IV (1), "I offered my design to NAVSEA Philadelphia, to file a patent. NAVSEA legal and contracting personnel stated they did not want or desire to patent the Oil Boom Quick Release/Install Apparatus. I told NAVSEA that if they choose not to patent my design, then do they see a problem with me filing a patent to prevent commercial company from patenting it, they said no." Section IV (2-5) He claims to have developed the invention

wholly on his own time with no contribution from the government or any other government employee.

Defendant, William Keith Nesmith, mailed these documents from Hawaii to Department of the Navy, Office of Naval Research, to the attention of Andrew Zager, in Arlington Virginia, well knowing that in truth and fact that in March of 2006 he did not have a pool in the back yard of his residence and therefore did not test the proto-type as indicated, he never discussed the possible patenting of his invention by NAVSEA with Lou DiStefano, and DiStefano never told him that NAVSEA was not interested in the patent or that they had no issues or problem with Nesmith filing a patent on the Oil Boom Quick Release/Install Apparatus. Nesmith worked with Lou DiStefano of NAVSEA on the plans and drawings which were eventually adopted by NAVSEA.

All in violation of Title 18 United States Code § 1001(a)(3).

### Count 4

[Making Or Using A False Document]

The Grand Jury further charges:

On or about January 15, 2009, defendant WILLIAM KEITH NESMITH, within the District of Hawaii, did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department and

agency of the United States, namely the Department of the Navy, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry.

WILLLIAM KEITH NESMITH submitted an Office of Government Ethics (OGE), OGE Form 450 Confidential Financial Disclosure Report, in which he stated: (S) GPS-signs & Graphics, www.gps-hi.com (Business, Manager) indicating that it is a sign and graphics company that his wife managed.

WILLIAM KEITH NESMITH signed the OGE Form 450, certifying that his statements were true, complete, and correct to the best of his knowledge, and submitted the OGE Form 450 to his supervisor, Director of Operations, Commander Navy Region Hawaii, Pearl Harbor, Hawaii, C.S. for review, well knowing that in truth and fact: GPS had a maritime component that was offering an Oil Boom Quick Release/Install Apparatus for which William Keith Nesmith had filed a patent application on February 21, 2008; WILLIAM KEITH NESMITH had contractor Armstrong Marine Inc. sign a Non-Disclosure/Non-Compete Agreement on October 31, 2008, with respect to his patent pending Oil Boom Quick Release/Install Apparatus; and he negotiated a licensing agreement with Armstrong Marine Inc. for the design, promotion, sales, apparatus kit preparation and distribution of the Oil

Boom Quick Release/Install Apparatus, which was signed by his wife K.N. on December 9, 2008.

All in violation of Title 18 United States Code § 1001(a)(3).

## Count 5

[Making Or Using A False Document]

The Grand Jury further charges:

On or about May 10, 2010, defendant WILLIAM KEITH NESMITH, within the District of Hawaii, did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department and agency of the United States, namely the Department of the Navy, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry.

WILLLIAM KEITH NESMITH submitted an Office of Government Ethics (OGE), OGE Form 450 Confidential Financial Disclosure Report, in which he stated: (S) Patent pending with US Patent and Trademark Office for Oil Boom Quick Release/Install Apparatus (Record and Disclosure of Invention and Patent Rights Questionnaire form NAVONR 5870/3 submitted IAW ONRINST 5870.1C).

WILLIAM KEITH NESMITH signed the OGE Form 450, certifying that his statements were true, complete, and correct

to the best of his knowledge, and submitted the OGE Form 450 to his supervisor, Director of Operations, Commander Navy Region Hawaii, Pearl Harbor, Hawaii, C.S. for review, well knowing that in truth and fact: He had applied for the patent on the Oil Boom Quick Release/Install Apparatus on February 21, 2008, under his name, and neither Global Professional Services LLC. or his wife K.N., had a patent pending on the Oil Boom Quick Release/Install Apparatus as indicated in the filing.

All in violation of Title 18 United States Code § 1001(a)(3).

## Count 6

[Making Or Using A False Document]

The Grand Jury further charges:

On or about January 24, 2011, defendant WILLIAM KEITH NESMITH, within the District of Hawaii, did willfully and knowingly make and cause to be made, and use and cause to be used, in a matter within the jurisdiction of a department and agency of the United States, namely the Department of the Navy, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry.

WILLLIAM KEITH NESMITH submitted an Office of Government Ethics (OGE), OGE Optional Form 450-A, Confidential Certificate of No New Interests (Executive Branch), and attached

his May 10, 2010, OGE Form 450 in which he stated: (S) Patent pending with US Patent and Trademark Office for Oil Boom Quick Release/Install Apparatus (Record and Disclosure of Invention and Patent Rights Questionnaire form NAVONR 5870/3 submitted IAW ONRINST 5870.1C).

WILLIAM KEITH NESMITH signed the form, certifying that his statements were true, complete, and correct to the best of his knowledge, and submitted the OGE Optional Form 450-A and his May 10, 2010, OGE Form 450 to his supervisor, Director of Operations, Commander Navy Region Hawaii, Pearl Harbor, Hawaii, C.S. for review, well knowing that in truth and fact: He had applied for the patent on the Oil Boom Quick Release/Install Apparatus on February 21, 2008, under his name, and neither Global Professional Services LLC. or his wife K.N., had a patent pending on the Oil Boom Quick Release/Install Apparatus as indicated in the filing.

All in violation of Title 18 United States Code § 1001(a)(3).

### Count 7

[Making Or Using A False Document]

The Grand Jury further charges:

On or about November 9, 2009, defendant WILLIAM KEITH NESMITH, within the District of Hawaii, did willfully and knowingly make and cause to be made, and use and cause to be

used, in a matter within the jurisdiction of a department and agency of the United States, namely the Department of the Navy, a false writing or document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry.

WILLLIAM KEITH NESMITH submitted a memorandum to his supervisor at Port Operations, Pearl Harbor, Hawaii, in which he stated: "KXXXX's company is not a material supplier or manufacture for the Boom Guides. Armstrong Marine, Inc requested her company assemble, label, package and ship boom guides for their contract in support of orders from Hawaii, Guam, Japan, and other locations in Asia." **** "I explained I was concerned about the perception that my wife's business was assisting a company that was awarded a government contract to build oil boom guides for Pearl Harbor and the Navy." **** "Bottom Line: My wife's business is not going to accept any work from a contractor doing work for Port Operations, Pearl Harbor, Hawaii."

WILLIAM KEITH NESMITH submitted this memorandum to his supervisor, Director of Operations, Commander Navy Region Hawaii, Pearl Harbor, Hawaii, C.S. for review, well knowing that in truth and fact: GPS was offering for sale on its web site the Oil Boom Quick Release/Install Apparatus for which William Keith Nesmith had filed a patent application on February 21, 2008;

WILLIAM KEITH NESMITH had contractor Armstrong Marine Inc. sign a Non-Disclosure/Non-Compete Agreement on October 31, 2008, with respect to his patent pending Oil Boom Quick Release/Install Apparatus; and he negotiated a licensing agreement with Armstrong Marine Inc. for the design, promotion, sales, apparatus kit preparation and distribution of the Oil Boom Quick Release/Install Apparatus, which was signed by his wife K.N. on December 9, 2008; On September 29, 2009, Armstrong Marine Inc. was awarded contract N65540-09-C-0030 by the Naval Surface Warfare Center, and it included the patent pending Oil Boom Guide, this contract was deliverable to WILLIAM KEITH NESMITH as the Port Operations Program Manager.

All in violation of Title 18 United States Code § 1001(a)(3).

//
//
//
//
//
//
//
//
//
//

DATED: December 19, 2013, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson, Grand Jury
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.
Chief, Criminal Division

RONALD G. JOHNSON
Assistant U.S. Attorney

U.S. vs. WILLIAM KEITH NESMITH
Cr. No.
"Indictment"